TIFFANY & COMPANY, APPELLANT, v. CHRISTINA STARZMAN, RESPONDENT.

Submitted May 28, 1937—Decided September 22, 1937.

For the appellant, *Edwards, Smith & Dawson.*

For the respondent, *Harvey A. Lieb, William B. McMichael* and *Arthur F. Mead.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, BODINE, DONGES, HEHER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   13.

*For reversal*—None.